# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:06cv355

| | |
|---|---|
| ALBERT F. BISHOP, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| GREEN TREE SERVICING LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the court's Motion for Case Status. On March 27, 2007, the district court referred this case to binding arbitration with the obligation placed on the parties to report back to this court under the Federal Arbitration Act. Almost a year has now passed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the court's Motion for Case Status is **GRANTED,** and counsel shall file a joint report with the court as to the status of arbitration.

Signed: February 12, 2008

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge